PEPPERS *v.* COIL.

SIMMONS, C. J.   1. Where in the foreclosure of a landlord's lien the defendant
contested the lien and gave a replevy bond for the eventual condemnation-
money, and the case was appealed to the superior court, where the jury found
against the defendant, it was legal and proper to enter up judgment against
the defendant, and also against the sureties on the replevy bond, without fur-
ther notice to them.   Civil Code, §§ 2817, 5342.
2. In such a proceeding it was not necessary for the levying officer to take a
forthcoming bond.   Civil Code, § 2816, par. 8 ; *Herrington* v. *Saulsbury*, 52
*Ga.* 396 ; *Wynn* v. *Knight*, 53 *Ga.* 568.
    *Judgment affirmed.   All the Justices concurring, except Lewis, J., absent.*

Submitted March 2, — Decided March 25, 1901.

Equitable petition.   Before  Judge  Russell.   Jackson superior
court.   February 15, 1900.

*W. W. Stark,* for plaintiff.
*Shackelford & Shackelford,* for defendant.